RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON RUESCH,<br><br>                                    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>                                    Defendants. | Case No:<br><br>**PETITION FOR REMOVAL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEVADA

PLEASE TAKE NOTICE that Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "State Farm") hereby removes the State action described herein to Federal Court. The grounds for removal are as follows:

1       On February 10, 2015, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled "Brandon Ruesch, Plaintiff vs. State Farm Mutual Automobile Insurance Company, a orporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive. Defendants" - Case No. A-15-713757-C.

2.      A copy of all process, pleadings and orders served upon Defendant, State Farm Mutual Automobile Insurance Company in the State Court action is attached hereto as Exhibit "A".

3. The instant action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant State Farm pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

4. There is diversity of citizenship between Plaintiff and Defendant. Defendant State Farm is informed and believes that Plaintiff Brandon Ruesch was and still is a citizen of the State of Nevada. Defendant State Farm was at the time of the filing of this action, and still is a corporation incorporated in the State of Illinois.

5. The matter in controversy exceeds $75,000.00. The State Farm contractual underinsured motorist policy includes policy limits of $100,000.00 per person each accident. As this matter involves claims for contractual and extra contractual damages arising from Plaintiff's involvement in a motor vehicle accident on or about January 13, 2014, the contractual limits of the policies, as well as the claimed punitive and tort damages are sufficient to exceed the jurisdictional limit. In addition to compensatory damages under the underinsured portion of the policy of insurance with Defendant, Plaintiff seeks extracontractual or "bad faith" punitive damages under statutory and common law theories. Given those claims against this national insurance company, it is clear that Plaintiff is seeking punitive damages in excess of $75,000.00.

6. Defendant State Farm was served through the Nevada Division of Insurance on February 24, 2015. (See Exhibit "B")

7. Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the Clerk of the Eighth Judicial District Court, Clark County, Nevada, and is further served on all parties hereto.

///
///
///
///

2

1  WHEREFORE, Defendants hereby remove the State action now pending against it in the
2  Eighth Judicial District Court, Clark County, Nevada, Case No. A-15-713757-C, to this Court.

3  DATED this __23__ day of March, 2015.

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
*Attorneys for Defendant,*
***STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY***

3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of DENNETT WINSPEAR, LLP, and that on the ___24___ day of March, 2015 the foregoing *PETITION FOR REMOVAL* was served upon the parties via CM/ECF and U.S. Mail by depositing a true and correct copy thereof in the U.S. Mail, first class postage prepaid and addressed to the following parties:

Robert D. Vannah, Esq.
Nevada Bar No. 002503
John B. Greene, Esq.
Nevada Bar No. 004279
GOLIGHTLY & VANNAH
400 South Seventh Street, 4th Floor
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
*Attorneys for Plaintiff,*
*Brandon Ruesch*

_____
An Employee of DENNETT WINSPEAR, LLP

4