ORIGINAL

RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON RUESCH,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No: 2:15-cv-00532-JCM-GWF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between JOHN B. GREENE, ESQ., of the law firm of VANNAH & GOLIGHTLY, attorneys for Plaintiff, BRANDON RUESCH, and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LP, attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: 12/1/15

VANNAH & GOLIGHTLY

By _____
JOHN B. GREENE, ESQ.
Nevada Bar No. 002503
400 South Seventh Street, 4th Fl
Las Vegas, Nevada 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104
*Attorneys for Plaintiff,*
BRANDON RUESCH

DATED: 12-7-15

DENNETT WINSPEAR, LLP

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,* STATE FARM
FARM MUTUAL AUTOMOBILE INS. CO.

## ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED December 11, 2015.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant,*
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

2